PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kenneth Boykin      **Docket Number:** 02-00775-001
    **PACTS Number:** 32341

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
    UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/22/2006

**Original Offense:** CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE

**Original Sentence:** 48 months imprisonment; 4 years supervised release. Special conditions: drug treatment, financial disclosure, and to cooperate in the collection of his DNA.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 03/22/06

**Assistant U.S. Attorney:** Melissa Jampol, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Kevin Carlucci, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On November 2, 2006, the offender was arrested by members of the Hudson County Prosecutors Office, U.S. Marshals Fugitive Task Force, and Jersey City Police Department, at which time he was charged with the law violations of three counts of possession of a weapon for unlawful purpose, being a certain person not to have a weapon, possession of a controlled dangerous substance with intent to distribute, and possession of a controlled dangerous substance with intent to distribute within 500 feet of a park. |

        Thereafter, on May 8, 2007, Boykin was indicted by a Hudson County Grand Jury(indictment number 07-05-769), for the following felony offenses of unlawful possession of a weapon-handgun, possession of a firearm for an unlawful purpose (3 counts), being a certain person not to have weapons (3 counts), conspiracy to tamper with a witness, tampering with a witness, hindering prosecution, possession of a weapon while committing a controlled dangerous substance crime (2 counts), possession of a controlled dangerous substance (PCP), possession of a controlled dangerous substance, PCP in the amount of 10 grams or more with intent to distribute and possession of a controlled dangerous substance (PCP) with intent to distribute within 500 feet of a park.

        On July 15, 2008, the offender plead guilty to the felony offense of witness tampering in the 2nd degree. Boykin appeared before the Honorable Barry P. Sarkisian in Hudson County Superior Court on October 3, 2008 for sentencing. Judge Sarkisian sentenced the offender to the custody on the New Jersey Department of Corrections for a term of seven (7) years.

2.        The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

        During an office visit on June 30, 2006 the offender tested positive for marijuana use, and signed an admissions for indicating such usage on June 27, 2006.

        I declare under penalty of perjury that the foregoing is true and correct.

*Kevin J. Mullens*
By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 12/13/11

---

**THE COURT ORDERS:**

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 14 Dec. 2011
[ ] No Action
[ ] Other

Signature of Judicial Officer

13 December 2011
Date